## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

WADE MEISBERGER,                           )
                                           )
                    Petitioner,            )
                                           )
        vs.                                )        CAUSE NO. 3:05-CV-423 AS
                                           )
CRAIG HANKS,                               )
                                           )
                    Respondent.            )

## MEMORANDUM AND ORDER

Petitioner Wade Meisberger submitted a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254.  The petition must be dismissed because the petitioner has no right to due process when he only received a written reprimand.  Mr. Meisberger has no liberty interest in not receiving a written reprimand, so the question of procedural due process is irrelevant.  *See* Sandin v. Connor, 515 U.S. 472, 484 (1995).  Since the written reprimand not affect the length of his sentence, and does not impose an atypical and significant hardship, the petition must be denied.

Mr. Meisberger's petition for writ of habeas corpus which challenges only a written reprimand must be denied on its face based on Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court which allows for the dismissal of a petition because it plainly appears from the face of this petition that the petition is not entitled to relief. See *Dellenbach v. Hanks*, 76 F.3d 820 (7th Cir. 1996).

For the foregoing reasons, the petition is **DISMISSED**.

**IT IS SO ORDERED.**

**DATE:**  July 20, 2005

                                    **S/ ALLEN SHARP**
                                    **ALLEN SHARP, JUDGE**
                                    **UNITED STATES DISTRICT COURT**